IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  12-mj-01006-BNB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    THOMAS HARBIN,

    Defendant.

---

**ORDER**

---

THIS MATTER coming before the Court upon motion of the government to dismiss the original Criminal Complaint and Warrant of Arrest in the above-entitled case, and the Court having considered the same,

IT IS HEREBY ORDERED that the original Criminal Complaint and Warrant of Arrest in the above-captioned case are dismissed.

DATED at Denver, Colorado, this 20th day of January, 2012.

                        BY THE COURT:

                        *s/Craig B. Shaffer*
                        Craig B. Shaffer
                        United States Magistrate Judge